In the Matter of the Estate of MOSES CORSON, Deceased. ELIZABETH CORSON, as Executrix, etc., Appellant; CATHERINE FOX, Respondent.— There is not competent evidence sufficient to sustain the amount of the

recovery in this case. We think that the proof does not justify a recovery to exceed seventy-two dollars. Therefore, the decree of the Surrogate's Court of Richmond county is modified accordingly, and as so modified is affirmed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.